20-2691

Wogan Group

-v-

US Dept of Housing

**MARK S. NORRIS**

20-2691

Wogan Group

-v-

US Dept. of Housing

Annie T. Christoff