**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

WOGAN GROUP LLC;
THE LENNOX COMPANIES, LLC;
APPLEWOOD PROPERTY MANAGEMENT, LLC;
TIGER LILY LLC;
HUNTER OAKS APARTMENTS UTAH, LLC;
NORTH 22ND FLAT, LLC;
CHERRY HILL GARDENS LLC;
CHURCHILL TOWNHOMES LLC;
DAVID AND REBECCA CORPORATION; and
BRITTANY RAILEY,

      Plaintiffs,

v.                                      Case No. 2:20-cv- 2691-MSN-atc

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
and BENJAMIN S. CARSON, M.D. in his official capacity as United States Secretary of Housing and Urban Development;
UNITED STATES DEPARTMENT OF JUSTICE
and WILLIAM P. BARR, in his official capacity as United States Attorney General;
UNITED STATES CENTER FOR DISEASE CONTROL AND PREVENTION
and NINA B. WITKOVSKY, in her official capacity as Acting Chief of Staff of the Center for Disease Control and Prevention;
UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES
and ALEX AZAR, in his official capacity as United States Secretary of Health and Human Services;
VICE ADMIRAL JEROME M. ADAMS, M.D., in his official capacity as United States Surgeon General; and
D. MICHAEL DUNAVANT, in his official capacity as United States Attorney General for the Western District of Tennessee,

      Defendants.

---

**JUDGMENT**

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiffs' Complaint for

Declaratory Judgment and Injunctive Relief filed September 15, 2020. (ECF No. 1.)

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Plaintiffs' Notice of Voluntary Dismissal pursuant to Federal Rules of Civil Procedure 41(a), (ECF No. 2), voluntarily dismissing this matter between the parties and dismissing all claims against Defendants without prejudice, all claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:  *s/ Mark S. Norris*
                        MARK S. NORRIS
                        UNITED STATES DISTRICT JUDGE

DATE:            September 16, 2020